Nominating Petition of JOHN O. NELSON, Petitioner, and Place His Name on the Ballot of the Republican Party as Candidate for the Thirty-ninth Aldermanic District in the City of New York.— Motion to dispense with printing of record on appeal denied.   Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

LUCY S. C. JOHNSTON, Respondent, v. LOUIS BERKOWITZ, Appellant.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied.   Motion for stay denied.   Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

PETER LaBARBERA and Another, Appellants, v. ALEXANDER DOW, Respondent.— Motion to dismiss appeal denied for failure to comply with rule 12.* Furthermore, there is no proof of service of notice of this motion.   Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

LAND FINANCE CORPORATION, Respondent, v. HOUGHTON E. VAN BUSKIRK, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for Friday, October 14, 1927 (for which date the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

JULIUS LAZARUS, Respondent, v. GARMED REALTY CORPORATION and Others, Appellants.— Motion to dismiss appeal denied, with ten dollars costs.   Motion to vacate order suspending lien of judgment denied.   Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

BENJAMIN LEIBOWITZ and JULIUS LEIBOWITZ, Copartners, etc., Appellants, v. FOSTER & STEWART CO., INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied.   Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

LONG BEACH ATLANTIC BATHS, INC., Appellant, v. ANSKO REALTY CO., INC., HENRY KORNBLUM, HERMAN AVRUTINE and MURRAY J. HELLER, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

LONG BEACH ATLANTIC BATHS, INC., Appellant, v. ANSKO REALTY CO., INC., HENRY KORNBLUM, HERMAN AVRUTINE and MURRAY J. HELLER, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

JOHN MAGLIARI, Respondent, v. DAVID J. IRISH, Appellant.— Motion to dismiss appeal granted, there being no opposition.   Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

JACOB MARK, Respondent, v. SAMUEL LUSTBADER, JR., Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

* See App. Div. Rules, 2d Dept., rule 12.— [REP.